DAVID N. SALISBURY, Respondent, *v.* BERT H. HENION, as Executor of JOHN B. HENION, Deceased, Appellant.

*Salisbury* v. *Henion,* 170 App. Div. 934, affirmed.
(Argued November 29, 1916; decided December 15, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 16, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action based upon a claim presented to the executor for the purchase price under an alleged contract by decedent to purchase from plaintiff 2,500 shares of the capital stock of the Beulah Copper Company, and claiming interest from June 1, 1902. The complaint says that the decedent, by contract in writing on May 29, 1902, undertook with plaintiff that if plaintiff would buy 5,000 shares of this stock, decedent would buy from plaintiff 2,500 shares thereof and pay 70 cents per share and says that the decedent broke his contract by refusing to take and pay for such shares after plaintiff bought them and that plaintiff has ever since held the stock for decedent.

*George P. Decker* and *H. J. Menzie* for appellant.

*John H. Agate* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.